ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL JOIE LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-02372-DMC<br><br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 30 days, from January 20, 2026, to February 19, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing reductions and organizational changes, the undersigned counsel for the Commissioner has a backlog of cases requiring answers,

reassignment, and briefing, including ten district court briefs and a Ninth Circuit brief due in the next two weeks.  As a result, counsel for the Commissioner needs additional time in the instant case, which was recently assigned to her, to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

                              Respectfully submitted,

Dated: January 14, 2026            LAW OFFICES OF FRANCESCO BENAVIDES

                          By:/s/ Francesco Benavides*
                              FRANCESCO BENAVIDES
                              Attorneys for Plaintiff
                              [*As authorized by e-mail on Jan. 14, 2026]


Dated: January 16, 2026            ERIC GRANT
                              United States Attorney
                              MATHEW W. PILE
                              Head of Program Litigation 1
                              Social Security Administration | Law & Policy

                          By:    /s/ Margaret Branick-Abilla
                              MARGARET BRANICK-ABILLA
                              Special Assistant United States Attorney
                              Attorneys for Defendant

                              **ORDER**

        Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on February 19, 2026 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.


        Dated:  January 16, 2026

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE